UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charles Chapman,

    Plaintiff,

        v.                                         Case No.   1:13cv652

Steven Lawson, *et al.*,                      Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on November 19, 2013 (Doc. 4).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 4) have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** Claims against defendants Mark Tiereny, Mike Keeling, Dennis Helmick, Simon Leis, Jr., and James E. Craig are **DISMISSED**. *See* 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). Plaintiff's claims under the Fifth and Ninth Amendments and claims under 42 U.S.C. §§ 1985 and 1988 are **DISMISSED**.

    **IT IS SO ORDERED.**

                                                  *s/Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge